No. — – ——.  VALLES v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–239 (No. 114, Orig.).  LOUISIANA v. MISSISSIPPI ET AL. Application for stay of proceedings in the United States District Court for the Southern District of Mississippi in the case of *Houston et al.* v. *Thomas et al.*, C. A. No. W86–0080(B), presented to JUSTICE WHITE, and by him referred to the Court, denied.

No. A–260.  ARMONTROUT, WARDEN v. SMITH.  Application of the Attorney General of Missouri for an order to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eighth Circuit, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied.

No. D–717.  IN RE DISBARMENT OF ALFIERI.  Richard Joseph Alfieri, of Fort Lauderdale, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.  The rule to show cause, heretofore issued on June 20, 1988 [487 U. S. 1202], is hereby discharged.

No. D–719.  IN RE DISBARMENT OF EZRIN.  Herbert Stanley Ezrin, of Potomac, Md., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.  The rule to show cause, heretofore issued on June 20, 1988 [487 U. S. 1203], is hereby discharged.

No. D–720.  IN RE DISBARMENT OF MacGUIRE.  Disbarment entered.  [For earlier order herein, see 487 U. S. 1214.]

No. 65, Orig.  TEXAS v. NEW MEXICO.  Motion of the River Master for approval of fees and expenses granted, and the River Master is awarded $14,085.35 for the period March 28 through June 30, 1988, to be paid equally by the parties.  [For earlier decision herein, see, *e. g.*, 485 U. S. 388.]

No. 86–1856.  NORTHWEST CENTRAL PIPELINE CORP. v. STATE CORPORATION COMMISSION OF KANSAS ET AL.  Sup. Ct. Kan. [Probable jurisdiction noted, 486 U. S. 1021.]  Motions of Interstate Oil Compact Commission and Council of State Governments et al. for leave to file briefs as *amici curiae* granted.